IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BROADCAST MUSIC, INC.; SONGS OF UNIVERSAL, INC.; BENNY BIRD COMPANY, INC.; RICK'S MUSIC, INC.; RED SEA SONGS; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY LLC; GIBB BROTHERS MUSIC; CROMPTON SONGS; PAINTED DESERT MUSIC CORPORATION; SONY/ATV SONGS LLC D/B/A SONY/ATV MELODY; EIGHT MILE STYLE MUSIC, <br><br>Plaintiffs, <br><br>vs. <br><br>DEWEY'S ROADHOUSE, LLC D/B/A DEWEY'S ROADHOUSE and MARJORIE G. VOLBRECHT, individually, <br><br>Defendants. | Case No. 3:12-cv-93 |

**ORDER OF JUDGMENT**

This matter came before the Court on Plaintiffs' Motion for Default Judgment. Having considered the pleadings, affidavits and memorandum, it is ORDERED AND ADJUDGED:

I

Plaintiffs' Motion for Default Judgment against Defendants Dewey's Roadhouse, LLC and Marjorie G. Volbrecht is granted, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of six musical compositions owned and/or licensed by Plaintiffs.

II

Plaintiffs shall recover from Defendants Dewey's Roadhouse, LLC and Marjorie G. Volbrecht, jointly and severally, statutory damages in the amount of Three Thousand Dollars

($3,000) for each of the six (6) musical compositions, for a total of Eighteen Thousand Dollars ($18,000), pursuant to 17 U.S.C. Section 504(c)(1).

III

Plaintiffs shall recover from Defendants Dewey's Roadhouse, LLC and Marjorie G. Volbrecht, jointly and severally, full costs in this action, including reasonable attorney's fees, in the amount of $5,485.40, pursuant to 17 U.S.C. Section 505.

IV

Plaintiffs shall recover from Defendants Dewey's Roadhouse, LLC and Marjorie G. Volbrecht, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

V

Defendants Dewey's Roadhouse, LLC and Marjorie G. Volbrecht and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

Dated this 21st day of June, 2012.

Barbara B. Crabb
UNITED STATES DISTRICT JUDGE